E.L. Brobston
Brobston & Brobston
304 North 18th Street
Bessemer, AL 35020
Ph# 205-425-4361
Fax: 205-425-1304

Steve A. Miller
Steve A. Miller, PC
1625 Larimer Street, No. 2905
Denver, CO 80202
Ph# 303-892-9933
Fax: 303-892-8925

Attorneys for Movants

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IN RE:<br><br>CLRB HANSON INDUSTRIES, LLC d/b/a INDUSTRIAL PRINTING, and HOWARD STERN, on behalf of themselves and all others similarly situated,<br><br>          Plaintiffs,<br><br>v.<br><br>GOOGLE, INC.<br><br>          Defendant. | CASE NO: 2:09-mc-1553<br><br>NOTICE OF MOOTNESS |

Class counsel has advised attorneys for Movants that they have withdrawn the subpoenas referred to in the Unnamed Class Members' Objection to and Motion to Quash Notice of Deposition filed in the Court of Original Jurisdiction and Subpoena Issued by the District Court for the Northern District of Alabama filed in Case No. C 05-03649 JW PVT (N.D. CAL.) Therefore, said motion is moot.

Respectfully submitted,

s/ E.L. Brobston

_____
E.L. Brobston
Brobston & Brobston
304 North 18th Street
Bessemer, AL 35020
Ph# 205-425-4361
Fax: 205-425-1304

Steve A. Miller
Steve A. Miller, PC
1625 Larimer Street, No. 2905
Denver, CO 80202
Ph# 303-892-9933
Fax: 303-892-8925

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of August, 2009, I have forwarded a true and correct copy of the foregoing motion via electronic means (where available) and via US mail delivery postage prepaid, to the following:

Clerk of the Court
District Court for the Northern District of California
San Jose Division
United States Courthouse
280 South 1st Street
San Jose, CA 95113

1  Plaintiff's Counsel:
   Lester L. Levy
2  Wof Popper, LLP
3  845 Third Avenue
   New York, NY 10022
4
   Rachel S. Black
5  Susman Godfrey, LLP
   1201 Third Avenue, Suite 3800
6  Seattle, WA 98101
7
   Google Counsel:
8  Daralyn Durie
   Durie Tangri Lemley Roberts & Kent
9  332 Pine Street, Suite 200
   San Francisco, CA 94104
10

11                                           s/ Steve A. Miller
                                             _____
12                                           Steve A. Miller